No. 03–7025.  GUTIERREZ v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7028.  MOORE v. TURNER.  C. A. 5th Cir.  Certiorari denied.

No. 03–7039.  HERNANDEZ v. BURROW ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–7042.  FEGAN v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7043.  GARIBAY v. AYERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7045.  NELSON v. LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 03–7048.  ROGERS v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 03–7050.  RODRIGUEZ v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY AND ANNEX.  C. A. 2d Cir.  Certiorari denied.

No. 03–7052.  RIVERS v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 03–7053.  CLARK v. OHIO.  Ct. App. Ohio, Pike County.  Certiorari denied.

No. 03–7054.  DOWNS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 03–7055.  CLAIBORNE v. HENDERSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7056.  GASTON v. EARLY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7059.  HOLLEY v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 03–7060.  WALLER v. BOWLEN, WARDEN.  C. A. 6th Cir.  Certiorari denied.